Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rita Mae Ortiz, guardian ad litem for R.O., a minor child,<br><br>    Plaintiff,<br>v.<br><br>Golden Lion Restaurant, Inc.,<br><br>    Defendant. | Case No. 8:22-cv-01500-JWH-KES<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff Rita Mae Ortiz, guardian ad litem for R.O., a minor child and Defendant Golden Lion Restaurant, Inc. hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: April 18, 2023

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff

Dated: April 18, 2023					Wood, Smith, Henning
									& Berman LLP


									/s/ Malalai Anbari
									By: Malalai Anbari
									Attorneys for Defendant


## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: April 18, 2023					Law Office of Rick Morin, PC

									_____
									Richard Morin
									Attorney for Plaintiff